57 A.3d 643

Ernest L. McKNIGHT, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 183 EM 2012.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

57 A.3d 643

Raymond SMOLSKY, Petitioner

v.

John KERESTES, Respondent.

No. 187 EM 2012.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**